**IN THE UNITED STATES DISTRICT COURT**
**FOR SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

LEWIS TURNER AND EVELYN TURNER                                                PLAINTIFFS

VERSUS                                                               CAUSE NO. 3:09CV310 DPJ-JCS

EQUIFIRST CORPORATION; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC.,
MTGLQ INVESTORS, L.P. AND
LITTON LOAN SERVICING, LLC                                                    DEFENDANTS

## ORDER OF DISMISSAL

THIS DAY this cause came on to be heard upon the Motion to Dismiss filed by the Plaintiffs, Lewis Turner and Evelyn Turner, to dismiss the Petitioner Mortgagors' Petition for Preliminary/Equitable Injunction previously filed in this cause; and the Court having considered this matter, finds and hereby orders as follows:

That said Petitioner Mortgagors' Petition for Preliminary/Equitable Injunction be, and it is hereby, dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 9th day of June, 2009.

                                             s/ *Daniel P. Jordan III*
                                             UNITED STATES DISTRICT JUDGE